■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS REITER, Appellant.— Judgment, Supreme Court, New York County, rendered on Feb-

ruary 11, 1974, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, for proceedings to direct defendant to surrender himself in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — McGivern, P. J., Markewich, Steuer, Capozzoli and Macken, JJ.